## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re:                                                    Case Number: 20-31683

Charles R. Ming, Jr.,                                     Chapter 7
     Debtor(s).

---

PURSUANT TO LOCAL RULE 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS:  CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.

This pleading is being filed and noticed pursuant to M.D. Ala., LBR 9007-1 procedures for the following: Notice of Abandonment pursuant to 6007(a)

---

### NOTICE OF ABANDONMENT

     Please take notice that Carly B. Wilkins, Trustee in the above-styled cause proposes to abandon on November 21, 2020, the Trustee's interest in the following property of the bankruptcy estate Charles R. Ming, Jr., in consideration of the payment of $5,561.  In support of said notice, the Trustee would make known the following:

     1.  At the time of the bankruptcy filing, the Debtor owned stocks in Zion and TD AmeriTrade was a combined valuation of $3,021.00. Additionally, the Debtor owned 8 heads of cattle and 2 cattle trailers with remaining equity totaling $2,750 after the wildcard exemptions were asserted. The debtor has offered to pay the Trustee $5,561 within 7 days of the approval of the Order for the abandonment the estate's interest in the Zion and TD AmeriTrade stocks and the 8 heads of cattle and 2 cattle trailers.

     2.  Taking into consideration the cost of sale and expenses the Trustee believes that this abandonment in the best interest of the Estate.

**THEREFORE,** unless objections to said notice are filed with the Bankruptcy Court and served on the Trustee no later than November 20, 2020, the Trustee will abandon said property.

**DONE this the** 30th day of October. 2020.

_/s/ Carly B. Wilkins_

CARLY B. WILKINS, TRUSTEE

CARLY B. WILKINS
560 SOUTH MCDONOUGH STREET
MONTGOMERY, ALABAMA 36104
TEL.          334-269-0269
FAX          334-323-5666
E-MAIL:      CWILKINS@CBWLEGAL.COM

# CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing pleading as follows:

**By CM/ECF:**

Danielle Greco, Bankruptcy Administrator
Michael A. Fritz, Sr., Counsel for Debtor

**By fax or e-mail**

**By first class mail, postage prepaid**

All creditors as listed on the creditor matrix.

**DONE** this the 30th day of October, 2020.

_/s/ Carly B. Wilkins_
CARLY B. WILKINS, TRUSTEE