UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:

| | |
|---|---|
| CHARLES R. MING, JR. | CHAPTER 7 |
| DEBTOR | CASE NO. 20-31683 |

## MOTION TO EXTEND COMPLAINTS DEADLINE

Comes now Carly B. Wilkins, Trustee, and moves for the extension of the deadline for filing complaints objecting to discharge pursuant to 11 U.S.C. §727 and Fed. R. Bankr. Proc. 4004 and as grounds would state:

1. This case was filed pursuant to chapter 7 of title 11, U.S. Code on July 29, 2020 in the Northern Division of the Middle District of Alabama.

2. The §341 meeting of creditors was concluded on November 6, 2020.

4. The trustee requests additional time to investigate matters in connection with the bankruptcy case that may ultimately affect the granting of a discharge; specifically Debtor's cooperation with the Trustee in the turning over of requested personal property.

WHEREFORE the Trustee moves for an additional sixty days for the Trustee to file such complaints.

/s/ Carly B. Wilkins
Carly B. Wilkins (Bro270)
Trustee in Bankruptcy
560 S. McDonough S. Ste. A
Montgomery, AL 36104
334-269-0269
Cwilkins@cbwlegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing Motion to Extend Complaints Deadline by ECF or by placing a copy in the United States mail, postage prepaid and properly address to the Bankruptcy Administrator and the Debtor's attorney, Michael A. Fritz, Sr., on this the 13th day of November, 2020.

                                        /s/ Carly B. Wilkins