UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

In Re: §
§
§
Charles R Ming, Jr. § Case No. 20-31683
§
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Carly B. Wilkins, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00                          Assets Exempt: 12,980.60
*(Without deducting any secured claims)*

Total Distributions to Claimants: 8,115.28      Claims Discharged
                                                 Without Payment: 314,457.75

Total Expenses of Administration: 1,827.39

3) Total gross receipts of $9,942.67 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $9,942.67 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $NA | $NA | $NA | $NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,827.39 | 1,827.39 | 1,827.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 187,644.48 | 134,928.55 | 134,928.55 | 8,115.28 |
| **TOTAL DISBURSEMENTS** | $187,644.48 | $136,755.94 | $136,755.94 | $9,942.67 |

4) This case was originally filed under chapter 7 on 07/29/2020. The case was pending for 15 months.

5) A copy of the final bank statement of the estate, reflecting a zero balance and canceled checks has been submitted to the United States Bankruptcy Administrator.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  10/07/2021                    By:/s/Carly B. Wilkins, Trustee

Carly B. Wilkins, Trustee
560 S. McDonough St.
Suite A
Montgomery, Alabama 36104
Phone: (334) 269-0269
Email: cwilkins@cbwlegal.com

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2 Cattle Trailers - $2,500.00 | 1129-000 | 1,540.00 |
| 8 Head Of Cattle - $2,000.00 | 1129-000 | 1,000.00 |
| G&C Building Services, Llc<br>Assets: 28 Ft. Trailer - $ 5,000.00 Bucket Truck - $ 6,000.00 Bayliner Boat - $ 5,000.00 A/R $18,000.00<br>Total: $51,000.00<br>Liabilities: Bucket Truck $8,000 | 1129-000 | 4,381.67 |
| Td Ameritrade | 1129-000 | 1,500.00 |
| Zion Oil & Gas - 5070 Shares | 1129-000 | 1,521.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,942.67** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $NA | $NA | $NA | $NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Carly B. Wilkins | 2100-000 | NA | 1,744.27 | 1,744.27 | 1,744.27 |
| Carly B. Wilkins | 2200-000 | NA | 50.73 | 50.73 | 50.73 |
| LTD International Sureties | 2300-000 | NA | 2.75 | 2.75 | 2.75 |
| Axos Bank | 2600-000 | NA | 29.64 | 29.64 | 29.64 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $1,827.39 | $1,827.39 | $1,827.39 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1st Global Capital, LLC, 12750 Merit Drive Suite 1200 Dallas, TX 75251 | | 46,000.00 | NA | NA | 0.00 |
| | ABC Supply, 1250 East South Blvd Montgomery, AL 36116 | | 6,500.00 | NA | NA | 0.00 |
| | Calvin Jackson Masonry, LLC, 5771 Carmichael Parkway Montgomery, AL 36117 | | 14,000.00 | NA | NA | 0.00 |
| | Cap1/basspro, Po Box 30281 Salt Lake City, UT 84130 | | 2,728.00 | NA | NA | 0.00 |
| | Capital One Bank Usa N, Po Box 30281 Salt Lake City, UT 84130 | | 9,647.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank Usa N, Po Box 30281 Salt Lake City, UT 84130 | | 2,719.00 | NA | NA | 0.00 |
| | Cbna, Po Box 6497 Sioux Falls, SD 57117 | | 679.00 | NA | NA | 0.00 |
| | Credit One Bank Na, Po Box 98872 Las Vegas, NV 89193 | | 609.00 | NA | NA | 0.00 |
| | Credit One Bank Na, Po Box 98872 Las Vegas, NV 89193 | | 444.00 | NA | NA | 0.00 |
| | Dennis Eboni, 3404 Malabar Road Montgomery, AL 36116 | | 0.00 | NA | NA | 0.00 |
| | Fnb Omaha, P.o. Box 3412 Omaha, NE 68197 | | 934.00 | NA | NA | 0.00 |
| | Kabbage, Inc, 925B Peachtree Street NE, Suite 1688 Atlanta, GA 30309 | | 20,000.00 | NA | NA | 0.00 |
| | Kimbro Renovations, Inc., 627 E. Jefferson St. Montgomery, AL 36104 | | 2,200.00 | NA | NA | 0.00 |
| | Kocher Building Materials, 915 N. Court Montgomery, AL 36104 | | 14,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michalek Joseph, 3225 Saddlebrook Drive Searcy, AR 72143 | | 28,162.13 | NA | NA | 0.00 |
| | Quik Pawn Shop, 4204 Norman Bridge Road Montgomery, AL 36105 | | 0.00 | NA | NA | 0.00 |
| | Saddleback Ridg, 4620 Woodland Corporate Blvd Tampa, FL 33614 | | 824.00 | NA | NA | 0.00 |
| | Southern Roofing Co, 2551 Lower Wetumpka Road Montgomery, AL 36110 | | 3,000.00 | NA | NA | 0.00 |
| | Sunbelt Rentals, 4223 Troy Hwy Montgomery, AL 36116 | | 7,500.00 | NA | NA | 0.00 |
| | Syncb/rooms To Go, C/o Po Box 965036 Orlando, FL 32896 | | 2,419.00 | NA | NA | 0.00 |
| | Tbf Financial Llc, 740 Waukegan Road Deerfield, IL 60015 | | 18,759.35 | NA | NA | 0.00 |
| | The Teague Law Firm, 138 Adams Ave Montgomery, AL 36104 | | 6,520.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 2,757.29 | 2,757.29 | 165.84 |
| 10 | Citibank, N.A. | 7100-000 | NA | 679.50 | 679.50 | 40.86 |
| 5 | First National Bank Of Omaha | 7100-000 | NA | 978.41 | 978.41 | 58.85 |
| 7 | Joseph Michalek | 7100-000 | NA | 114,682.10 | 114,682.10 | 6,897.56 |
| 1 | Pyod, Llc | 7100-000 | NA | 504.52 | 504.52 | 30.34 |
| 2 | Pyod, Llc | 7100-000 | NA | 671.41 | 671.41 | 40.38 |
| 8 | Sunbelt Rentals, Inc. | 7100-000 | NA | 8,122.52 | 8,122.52 | 488.53 |
| 9 | The Teague Law Firm | 7100-000 | NA | 6,532.80 | 6,532.80 | 392.92 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $187,644.48 | $134,928.55 | $134,928.55 | $8,115.28 |

# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

Exhibit 8

| Case No: | 20-31683 | BPC | Judge: | Bess M. Parrish Creswell | Trustee Name: | Carly B. Wilkins, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Charles R Ming, Jr. | | | | Date Filed (f) or Converted (c): | 07/29/2020 (f) |
| | | | | | 341(a) Meeting Date: | 08/21/2020 |
| For Period Ending: | 10/07/2021 | | | | Claims Bar Date: | 01/19/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2004 Ford F250 Mileage: 220000 | 2,000.00 | 500.00 | | 0.00 | 500.00 |
| 2. 1984 Ford Bronco Mileage: 174000 | 500.00 | 0.00 | | 0.00 | 0.00 |
| 3. Various Household Goods - $3,500 | 1,750.00 | 250.00 | | 0.00 | 250.00 |
| 4. Various Electronics - $500.00 | 250.00 | 0.00 | | 0.00 | 0.00 |
| 5. Golf Club | 100.00 | 0.00 | | 0.00 | 0.00 |
| 6. Kayak | 100.00 | 0.00 | | 0.00 | 0.00 |
| 7. 2 Pistols 8 Shotguns/Rifles | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 8. Various Clothes | 300.00 | 0.00 | | 0.00 | 0.00 |
| 9. Wedding Ring | 100.00 | 0.00 | | 0.00 | 0.00 |
| 10. Cash | 200.00 | 0.00 | | 0.00 | 0.00 |
| 11. Max Credit Union | 250.00 | 0.00 | | 0.00 | 0.00 |
| 12. Zion Oil & Gas - 5070 Shares | 1,521.00 | 1,521.00 | | 1,521.00 | FA |
| 13. Td Ameritrade | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 14. All, Development, Renovation & Restoration Co., Llc Asset: Pull Behind Camper - $ 5,000.00 A/R $61,000.00 Total $66,000.00 Liabilities: Personal Guarantes $159,288.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15. G&C Building Services, Llc Assets: 28 Ft. Trailer - $ 5,000.00 Bucket Truck - $ 6,000.00 Bayliner Boat - $ 5,000.00 A/R $18,000.00 Total: $51,000.00 Liabilities: Bucket Truck $8,000 | 0.00 | 0.00 | | 4,381.67 | FA |
| 16. Southern Financial Group | 500.00 | 0.00 | | 0.00 | 0.00 |
| 17. Protective Life Insurance - Amanda Ming | 4,430.60 | 0.00 | | 0.00 | 0.00 |
| 18. 8 Head Of Cattle - $2,000.00 | 2,000.00 | 1,000.00 | | 1,000.00 | FA |
| 19. 2 Cattle Trailers - $2,500.00 | 2,500.00 | 1,750.00 | | 1,540.00 | FA |

|  | Gross Value of Remaining Assets |  |  |
|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $19,501.60 | $6,521.00 | $9,942.67 $750.00 |
|  |  |  | (Total Dollar Amount in Column 6) |

Exhibit 8

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

2/18/2021- Objection to Claims filed. Responses due 3/22.
5/3/2021- Awaiting TFR distribution from G&C companion case. Once received then can file TFR.
8/2/2021- Bank fees have been stopped. Prepared TFR and sent to BA for review.
8/3/2021- TFR hearing scheduled for 9/14.
9/15/2021- TFR approved. Checks cut and mailed to creditors.


Initial Projected Date of Final Report (TFR): 02/28/2021     Current Projected Date of Final Report (TFR): 07/30/2021

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 20-31683 | Trustee Name: Carly B. Wilkins, Trustee |
| Case Name: Charles R Ming, Jr. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0610 |
| | Checking |
| Taxpayer ID No: XX-XXX3883 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/07/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/30/20 | | Michael Fritz | Equity in personal property | | | $5,561.00 | | $5,561.00 |
| | | | Gross Receipts | $5,561.00 | | | | |
| | 12 | | Zion Oil & Gas - 5070 Shares | $1,521.00 | 1129-000 | | | |
| | 13 | | Td Ameritrade | $1,500.00 | 1129-000 | | | |
| | 18 | | 8 Head Of Cattle - $2,000.00 | $1,000.00 | 1129-000 | | | |
| | 19 | | 2 Cattle Trailers - $2,500.00 | $1,540.00 | 1129-000 | | | |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $5.55 | $5,555.45 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $6.13 | $5,549.32 |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $5.93 | $5,543.39 |
| 05/13/21 | 2001 | LTD International Sureties Suite 420 701 Ponydras, St. New Orleans, LA 70139 | Bond Premium | | 2300-000 | | $2.75 | $5,540.64 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $6.12 | $5,534.52 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $5.91 | $5,528.61 |
| 07/28/21 | 15 | G&C Building Services, LLC | Equity in personal property | | 1129-000 | $4,381.67 | | $9,910.28 |
| 09/15/21 | 2002 | Carly B. Wilkins 560 S. McDonough St. Suite A Montgomery, Alabama 36104 | Final distribution creditor account # representing a payment of 100.00 % per court order. | | 2100-000 | | $1,744.27 | $8,166.01 |

Page Subtotals: $9,942.67 $1,776.66

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 20-31683
Case Name: Charles R Ming, Jr.
Taxpayer ID No: XX-XXX3883
For Period Ending: 10/07/2021

Trustee Name: Carly B. Wilkins, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0610
Checking
Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/15/21 | 2003 | Carly B. Wilkins<br>560 S. McDonough St.<br>Suite A<br>Montgomery, Alabama 36104 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $50.73 | $8,115.28 |
| 09/15/21 | 2004 | Pyod, Llc<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 1 creditor account # representing a payment of 6.01 % per court order. | 7100-000 | | $30.34 | $8,084.94 |
| 09/15/21 | 2005 | Pyod, Llc<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 2 creditor account # representing a payment of 6.01 % per court order. | 7100-000 | | $40.38 | $8,044.56 |
| 09/15/21 | 2006 | Capital One Bank (Usa), N.A.<br>By American Infosource As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 4 creditor account # representing a payment of 6.01 % per court order. | 7100-000 | | $165.84 | $7,878.72 |
| 09/15/21 | 2007 | First National Bank Of Omaha<br>1620 Dodge Street, Stop Code 3129<br>Omaha, Nebraska 68197 | Final distribution to claim 5 creditor account # representing a payment of 6.01 % per court order. | 7100-000 | | $58.85 | $7,819.87 |
| 09/15/21 | 2008 | Joseph Michalek<br>3225 Saddlebrook Drive<br>Searcy, Ar 72143-9566 | Final distribution to claim 7 creditor account # representing a payment of 6.01 % per court order. | 7100-000 | | $6,897.56 | $922.31 |
| 09/15/21 | 2009 | Sunbelt Rentals, Inc.<br>C/O Mark A. Kirkorsky, P.C.<br>P.O. Box 25287<br>Tempe, Az 85285 | Final distribution to claim 8 creditor account # representing a payment of 6.01 % per court order. | 7100-000 | | $488.53 | $433.78 |
| 09/15/21 | 2010 | The Teague Law Firm<br>138 Adams Ave<br>Montgomery, Al 36104 | Final distribution to claim 9 creditor account # representing a payment of 6.01 % per court order. | 7100-000 | | $392.92 | $40.86 |
| 09/15/21 | 2011 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, Sd 57108-5027 | Final distribution to claim 10 creditor account # representing a payment of 6.01 % per court order. | 7100-000 | | $40.86 | $0.00 |

COLUMN TOTALS  $9,942.67  $9,942.67

Page Subtotals:  $0.00  $8,166.01

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $9,942.67 | $9,942.67 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,942.67 | $9,942.67 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0610 - Checking | $9,942.67 | $9,942.67 | $0.00 |
| | $9,942.67 | $9,942.67 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,942.67 |
| Total Gross Receipts: | $9,942.67 |

Page Subtotals: $0.00 $0.00