# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

| Case No: | 20-31683 | BPC | Judge: | Bess M. Parrish Creswell | Trustee Name: | Carly B. Wilkins, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Charles R Ming, Jr. | | | | Date Filed (f) or Converted (c): | 07/29/2020 (f) |
| | | | | | 341(a) Meeting Date: | 08/21/2020 |
| For Period Ending: | 03/31/2022 | | | | Claims Bar Date: | 01/19/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2004 Ford F250 Mileage: 220000 | 2,000.00 | 500.00 | | 0.00 | 500.00 |
| 2. 1984 Ford Bronco Mileage: 174000 | 500.00 | 0.00 | | 0.00 | 0.00 |
| 3. Various Household Goods - $3,500 | 1,750.00 | 250.00 | | 0.00 | 250.00 |
| 4. Various Electronics - $500.00 | 250.00 | 0.00 | | 0.00 | 0.00 |
| 5. Golf Club | 100.00 | 0.00 | | 0.00 | 0.00 |
| 6. Kayak | 100.00 | 0.00 | | 0.00 | 0.00 |
| 7. 2 Pistols 8 Shotguns/Rifles | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 8. Various Clothes | 300.00 | 0.00 | | 0.00 | 0.00 |
| 9. Wedding Ring | 100.00 | 0.00 | | 0.00 | 0.00 |
| 10. Cash | 200.00 | 0.00 | | 0.00 | 0.00 |
| 11. Max Credit Union | 250.00 | 0.00 | | 0.00 | 0.00 |
| 12. Zion Oil & Gas - 5070 Shares | 1,521.00 | 1,521.00 | | 1,521.00 | FA |
| 13. Td Ameritrade | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 14. All, Development, Renovation & Restoration Co., Llc Asset: Pull Behind Camper - $ 5,000.00 A/R $61,000.00 Total $66,000.00 Liabilities: Personal Guarantes $159,288.00 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15. G&C Building Services, Llc Assets: 28 Ft. Trailer - $ 5,000.00 Bucket Truck - $ 6,000.00 Bayliner Boat - $ 5,000.00 A/R $18,000.00 Total: $51,000.00 Liabilities: Bucket Truck $8,000 | 0.00 | 0.00 | | 4,381.67 | FA |
| 16. Southern Financial Group | 500.00 | 0.00 | | 0.00 | 0.00 |
| 17. Protective Life Insurance - Amanda Ming | 4,430.60 | 0.00 | | 0.00 | 0.00 |
| 18. 8 Head Of Cattle - $2,000.00 | 2,000.00 | 1,000.00 | | 1,000.00 | FA |
| 19. 2 Cattle Trailers - $2,500.00 | 2,500.00 | 1,750.00 | | 1,540.00 | FA |

|  | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $19,501.60 | $6,521.00 | $9,942.67 | $750.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

2/18/2021- Objection to Claims filed. Responses due 3/22.
5/3/2021- Awaiting TFR distribution from G&C companion case. Once received then can file TFR.
8/2/2021- Bank fees have been stopped. Prepared TFR and sent to BA for review.
8/3/2021- TFR hearing scheduled for 9/14.
9/15/2021- TFR approved. Checks cut and mailed to creditors.
10/7/2021- Received canceled checks and sent to BA to review. Closed bank account. Prepared and filed TDR.

Initial Projected Date of Final Report (TFR): 02/28/2021     Current Projected Date of Final Report (TFR): 07/30/2021

Trustee Signature:     /s/ Carly B. Wilkins, Trustee     Date: 05/02/2022

Carly B. Wilkins, Trustee
560 S. McDonough St.
Suite A
Montgomery, Alabama 36104
(334) 269-0269
cwilkins@cbwlegal.com

Page: 1

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 20-31683  
Case Name: Charles R Ming, Jr.  
Taxpayer ID No: XX-XXX3883  
For Period Ending: 03/31/2022  

Trustee Name: Carly B. Wilkins, Trustee  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0610  
Checking  
Blanket Bond (per case limit): $1,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/30/20 | | Michael Fritz | Equity in personal property | | $5,561.00 | | $5,561.00 |
| | | | Gross Receipts $5,561.00 | | | | |
| | 12 | | Zion Oil & Gas - 5070 Shares $1,521.00 | 1129-000 | | | |
| | 13 | | Td Ameritrade $1,500.00 | 1129-000 | | | |
| | 18 | | 8 Head Of Cattle - $2,000.00 $1,000.00 | 1129-000 | | | |
| | 19 | | 2 Cattle Trailers - $2,500.00 $1,540.00 | 1129-000 | | | |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $5.55 | $5,555.45 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.13 | $5,549.32 |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $5.93 | $5,543.39 |
| 05/13/21 | 2001 | LTD International Sureties Suite 420 701 Ponydras, St. New Orleans, LA 70139 | Bond Premium | 2300-000 | | $2.75 | $5,540.64 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.12 | $5,534.52 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $5.91 | $5,528.61 |
| 07/28/21 | 15 | G&C Building Services, LLC | Equity in personal property | 1129-000 | $4,381.67 | | $9,910.28 |
| 09/15/21 | 2002 | Carly B. Wilkins 560 S. McDonough St. Suite A Montgomery, Alabama 36104 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $1,744.27 | $8,166.01 |

Page Subtotals: $9,942.67 $1,776.66

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 20-31683 | Trustee Name: | Carly B. Wilkins, Trustee |
|---|---|---|---|
| Case Name: | Charles R Ming, Jr. | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0610 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3883 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 03/31/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/15/21 | 2003 | Carly B. Wilkins<br>560 S. McDonough St.<br>Suite A<br>Montgomery, Alabama 36104 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $50.73 | $8,115.28 |
| 09/15/21 | 2004 | Pyod, Llc<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 1 creditor account # representing a payment of 6.01 % per court order. | 7100-000 | | $30.34 | $8,084.94 |
| 09/15/21 | 2005 | Pyod, Llc<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 2 creditor account # representing a payment of 6.01 % per court order. | 7100-000 | | $40.38 | $8,044.56 |
| 09/15/21 | 2006 | Capital One Bank (Usa), N.A.<br>By American Infosource As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 4 creditor account # representing a payment of 6.01 % per court order. | 7100-000 | | $165.84 | $7,878.72 |
| 09/15/21 | 2007 | First National Bank Of Omaha<br>1620 Dodge Street, Stop Code 3129<br>Omaha, Nebraska 68197 | Final distribution to claim 5 creditor account # representing a payment of 6.01 % per court order. | 7100-000 | | $58.85 | $7,819.87 |
| 09/15/21 | 2008 | Joseph Michalek<br>3225 Saddlebrook Drive<br>Searcy, Ar 72143-9566 | Final distribution to claim 7 creditor account # representing a payment of 6.01 % per court order. | 7100-000 | | $6,897.56 | $922.31 |
| 09/15/21 | 2009 | Sunbelt Rentals, Inc.<br>C/O Mark A. Kirkorsky, P.C.<br>P.O. Box 25287<br>Tempe, Az 85285 | Final distribution to claim 8 creditor account # representing a payment of 6.01 % per court order. | 7100-000 | | $488.53 | $433.78 |
| 09/15/21 | 2010 | The Teague Law Firm<br>138 Adams Ave<br>Montgomery, Al 36104 | Final distribution to claim 9 creditor account # representing a payment of 6.01 % per court order. | 7100-000 | | $392.92 | $40.86 |
| 09/15/21 | 2011 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, Sd 57108-5027 | Final distribution to claim 10 creditor account # representing a payment of 6.01 % per court order. | 7100-000 | | $40.86 | $0.00 |

COLUMN TOTALS  $9,942.67  $9,942.67

Page Subtotals:  $0.00  $8,166.01

|  |  |  |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $9,942.67 | $9,942.67 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,942.67 | $9,942.67 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0610 - Checking | $9,942.67 | $9,942.67 | $0.00 |
|  | $9,942.67 | $9,942.67 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,942.67 |
| Total Gross Receipts: | $9,942.67 |

Trustee Signature:   /s/ Carly B. Wilkins, Trustee    Date: 05/02/2022

Carly B. Wilkins, Trustee
560 S. McDonough St.
Suite A
Montgomery, Alabama 36104
(334) 269-0269
cwilkins@cbwlegal.com

Page Subtotals:   $0.00   $0.00